BERIZZI BROS. COMPANY, Respondent, v. BANNER SILK MILLS, INC., Appellant.

— Order modified by providing that the requirement for the examination as to items (p) and (q) in the original order be stricken out, and as so modified affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.